# In the United States Court of Federal Claims

No. 04-1289C
Filed November 22, 2004

***********************************
*
YREKA INVESTMENT GROUP, *
A CALIFORNIA LIMITED *
PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's unopposed motion for enlargement of time, filed on November 19, 2004, is **GRANTED.** Accordingly, defendant has until January 3, 2005 within which to respond to plaintiff's complaint.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge