# In the United States Court of Federal Claims

No. 04-1289C
Filed February 28, 2005

***********************************
*
YREKA INVESTMENT GROUP, *
A CALIFORNIA LIMITED *
PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

A telephone status conference will be held on March 8, 2005, at 3:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**