**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| YREKA INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1289C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 10, 2005, the parties respectfully submit this Joint Status Report concerning the status of their discussions in Alternative Dispute Resolution ("ADR") proceedings and whether they wish to continue with ADR.

This case is one of approximately 120 related suits filed with the Court since August 6, 2004. Initially, three of these cases were designated for the Court's ADR pilot program. Currently, there are approximately 40 properties that have been designated for ADR.

The parties continue to make good progress in their efforts pursuant to the ADR process. In March 2005, the plaintiffs produced preliminary damages analyses for the first three cases that were designated for ADR, together with supporting documentation for each. In early April, defendant provided a response to plaintiffs' initial analysis and produced various documents related to each of the three properties. On April 26, 2005, defendant provided plaintiffs with a further response to plaintiffs' damages analyses, based upon additional, recently obtained rental market data. Plaintiffs responded in writing on May 12, 2005. Thereafter, the parties engaged in regular settlement discussions, pertaining not only to these three cases, but also to issues common to the all of the above-mentioned cases, such as the proper methodology to be utilized and

economic assumptions to be made in determining damages in these cases. These discussions included a meeting on May 24, 2005 among counsel and experts retained by the parties, followed by a meeting of counsel for the parties with Judge Horn.

As a result of these meetings, the parties have exchanged additional documents supporting their respective views and are further discussing various elements of the damage calculation process and other issues common to the cases that have formally been referred to ADR as well as the related suits filed with the Court since August 6, 2004 (including this one) that have been stayed pending ADR proceedings. The parties have reached tentative agreement concerning some of these elements, and, during August 2005, exchanged damage calculations incorporating various agreed assumptions. The latter exchanges have helped to clarify the remaining areas of disagreement, and the parties are continuing to discuss these areas in an effort to resolve them.

The parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

September 1, 2005

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*