# In the United States Court of Federal Claims

No. 04-1289C
Filed April 10, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| YREKA INVESTMENT GROUP, | * |
| A CALIFORNIA LIMITED | * |
| PARTNERSHIP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to the court's March 10, 2005 Order, the stay in this case ended on April 3, 2006, discovery commenced immediately, and trial was to be set in July 2007. Accordingly, on or before April 24, 2006, the parties shall file a Joint Status Report containing a proposed schedule, including proposed trial dates in July 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**