**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

YREKA INVESTMENT GROUP, A
CALIFORNIA LIMITED PATNERSHIP

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1289C**
**(Judge Braden)**

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 10, 2006. As stated in the Court's Order, the stay in this case expired on April 3, 2006, at which time the case entered into a period of discovery.

This case, along with more than 250 related suits before the Court of Federal Claims involving over 600 plaintiffs, is currently the subject of settlement discussions that have been ongoing between the parties for over a year pursuant to the Court's Alternative Dispute Resolution ("ADR") Pilot Program. In connection with these proceedings, a settlement conference will be held among counsel for the parties before Judge Marian Blank Horn commencing on May 8, 2006. The parties are hopeful that a proposed settlement agreement encompassing the claims asserted in all of the related cases, including this one, will be reached as a result of that conference.

As a result, the Court recently issued Orders in two of these related cases, *A.F.T.E.R.. Inc. v. United States*, No. 03-2264C, and *Hollister Investment Group v. United States*, No. 04-

1261C, staying those matters until June 1, 2006. At that time, the parties are ordered to file a Joint Status Report describing the progress of the ADR proceedings.

The parties jointly propose that the Court similarly issue a further stay in this case until June 1, 2006, in order to permit the parties to continue their efforts to reach a resolution of this matter before continuing with the discovery process. The parties note that this proposal, if adopted by the Court, should not prevent this case from going to trial in July 2007 as previously ordered.

In the alternative, the parties propose the following schedule for further proceedings in this matter in accordance with the Court's Order of April 10, 2006:

- Close of fact discovery: October 31, 2006
- Close of expert discovery: January 30, 2007
- Pretrial filings: pursuant to Appendix A, based on date of pretrial conference
- Pretrial conference: in late June 2007, subject to the Court's availability
- Trial: to commence on July 17, 2007 or July 24, 2007, subject to the Court's availability.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: April 24, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*