# In the United States Court of Federal Claims

No. 04-1289C
Filed May 15, 2006

***********************************
YREKA INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**SCHEDULING ORDER**

In accordance with the schedule proposed in the parties' April 24, 2006 Joint Status Report, the court orders the following schedule:

1. **Fact Discovery**: All fact discovery, including all depositions, shall conclude on or before **October 31, 2006**.

2. **Expert Discovery**: All expert discovery shall conclude on or before **January 30, 2007**.

3. **Preliminary Exhibit and Witness Lists, Meeting of Counsel**: The parties shall exchange preliminary exhibit lists and witness lists as described in Appendix A ¶ 13(a) and ¶ 13(b) on or before **February 16, 2007**. Each exhibit shall be separately numbered and adequately described on the party's list so that the opposing party can identify the documents in question. Any proposed exhibits which have not been provided to the opposing party or are not already in the opposing party's possession shall be provided to the opposing party at this time. Although these preliminary lists are not final (see ¶ 4 below), the court expects the parties to make good faith efforts to list all of the exhibits and witnesses they intend to use at trial, other than for impeachment purposes only. In addition, on this date the meeting of counsel referenced in ¶ 13 of Appendix A will take place, and any party intending to file a motion for leave to file excerpts from deposition transcripts for introduction as exhibits at trial whether under FRE 801 or pursuant to RCFC 32(a)(2) and (3) will identify the excerpts in question to the opposing party. The parties shall also address at this meeting of counsel each of the other items set forth under 13(c) of Appendix A.

4. **Final Exhibit and Witness Lists**: The parties will exchange final exhibit and witness lists

and pre-marked copies of the exhibits they intend to introduce at trial on or before **April 20, 2007**. The parties will file these final lists with the Court. Exhibits and witnesses not listed and exhibits not provided to the opposing party at this time shall not be admissible at trial without a showing of compelling reasons for the party's failure to comply with this order.

5. **Memorandum of Contentions of Fact and Law**: Plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A on or before **May 4, 2007**. Defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before **June 1, 2007**. The parties should make every effort in their memoranda of fact and law to address any matters expected to be raised by the opposing party. If anything new or unexpected is discovered, however, it may be addressed in a brief response which must be filed under cover of motion for leave immediately upon learning of it as provided in ¶ 14(c) of Appendix A.

6. **Motions *In Limine* and Stipulation of Facts**: The parties will file a joint stipulation of facts and any motions *in limine* on or before **June 15, 2007**. The opposing party shall reply to any motions *in limine* and the parties shall provide bench copies to the Court of all pre-marked exhibits which they intend to introduce at trial on or before **June 22, 2007**.

7. **Pretrial Conference**: A pretrial telephone conference will be held **June 28, 2007** at 4:30 p.m. EST.

8. **Trial**: Trial will be held on **July 23, 2007**. Trial will begin at 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**