# In the United States Court of Federal Claims

No. 04-1289C
Filed: January 24, 2007

***********************************
*
YREKA INVESTMENT GROUP, *
A CALIFORNIA LIMITED *
PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the parties' January 24, 2007 request, this case is hereby STAYED pending the outcome of Alternate Dispute Resolution before the Honorable Marian Blank Horn in related cases.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**